**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :
                                                :        Chapter 13
            Carol M. Smith                      :
                                                :        Bankruptcy No. 20-10161AMC
            Debtor.                             :

## O R D E R

**AND NOW**, this 3rd day of March, 2020, the Debtor having filed the above bankruptcy

case on January 9, 2020,

**AND**, the Debtor having filed one (1) prior bankruptcy cases before the present case:

Including case number 19-16402, a Chapter 13 case filed in the Eastern District of

Pennsylvania Bankruptcy Court on October 11, 2019 and dismissed on October 30, 2019 for

failure to file information,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents:

> Certification Concerning Credit Counseling
> Chapter 13 Plan
> Chapter 13 Statement of Your Current Monthly Income Form 122C-1
> Means Test Calculation Form 122C-2
> Schedules AB-J
> Statement of Financial Affairs
> Summary of Assets and Liabilities Form B106

**AND**, it appearing that it may be appropriate to enter an **order barring the Debtor from**

**filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without

first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this

case in bad faith,

**AND**, the debtor having failed to appear at the Show Cause hearing scheduled for

February 27, 2020,

The Court finds that the debtor has filed this case in bad faith.  The debtor's current bankruptcy case is hereby **DISMISSED**.  Accordingly, it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval.  See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, she should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 20-10161, and shall serve such motion upon all of her creditors and the United States Trustee.

Consistent with the Bar Order and until directed otherwise, the Clerk of the Court is **DIRECTED TO REFRAIN** from accepting any bankruptcy petition filed by the Debtor(s) or on behalf of the Debtor(s).

Ashely M. Chan
United States Bankruptcy Judge